AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gregory Lynn Shrader<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 14-6057M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2013__ in the county of __Coconino__ in the _____ District of __Arizona__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 844(e) | Willfully Making a Threat |

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause incorporated by reference herein.

Reviewed by AUSA Ray Woo

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stacie Kane, FBI Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Mar. 6, 2014

_____
*Judge's signature*

City and state: Phoenix, Arizona                 Hon. David K. Duncan, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Stacie Kane, being duly sworn, hereby depose and state as follows:

1.  I am a Special Agent with the Federal Bureau of Investigation with the FBI field office in Phoenix, Arizona. I am currently assigned to the Domestic Terrorism Unit. I have been employed with the FBI for approximately 10 years.

Among many things, I have attended and successfully completed the FBI training at Quantico, Counter Terrorism Investigative Operation Training, Weapons of Mass Destruction, Chemistry of Hazardous Materials Training, and the Radiological Crime Scene Investigation Training. As an FBI agent, I have conducted numerous criminal investigations involving various violations of Federal criminal law. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.  This affidavit is submitted for the limited purpose of establishing sufficient probable cause to believe that a violation of Title 18, United States Code, Section 844(e) (Willfully Making a Threat) has been committed by the named defendant.

3.  This affidavit does not contain all the information and evidence known to me concerning this matter; rather this affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint submitted for the limited purpose of establishing sufficient probable cause for the issuance of a criminal

1

complaint. The statements contained in this affidavit are based on reliable information provided to me by other law enforcement officials.

4.  Pursuant to the United States Code, it is unlawful for a person to utilize the mails, or other instrument of interstate commerce, to willfully make a threat to kill, injure, intimidate, by mean of fire or an explosive, in and affecting interstate commerce.

## SUBJECT BACKGROUND

5.  Gregory Lynn Shrader (hereinafter "the defendant) is a 55 year old male from Jay, Oklahoma. The defendant currently resides at Rt. 2 Ross Acres, Jay, OK 74346.

## PROBABLE CAUSE

6.  On April 11, 2013, a package (hereinafter "Subject Parcel") addressed to Joe Arpaio was placed in a USPS Collection Box Unit (hereinafter "CBU") on Highway 180, in Flagstaff, Arizona. The CBU is directly north of the Round Tree Road and Bader Road Intersection. At around 11:30 a.m., postal employee Chris Fauset recovered the Subject Parcel from the CBU in a location that is reserved for mailing items through the mail. Mr. Fauset observed that the package was addressed to "Joe Arpaio, 100 West Washington, Suite 1900, Phoenix, AZ 85003,"[1] with a return address of W.B. Stewart in California. Mr. Fauset observed that the parcel contained excessive stamp postage and that the addressee label was typewritten.

---

[1] Joe Arpaio is the elected Sheriff of Maricopa County, Arizona. He is the head law enforcement officer of the Maricopa County Sheriff's Office.

1

7.     Due to concerns about the visual appearance of the package, United States Postal Inspectors were contacted to review the package. Agent Andrew Rivas responded and observed the Subject Parcel to be a USPS Express Mail cardboard box with 15 USPS Forever stamps affixed on the upper right corner. Agent Rivas observed that the Subject Parcel contained a handwritten return address of "W.B. Stewart, P.O. Box 3617, Idyllwild, CA 92549," and a typewritten address label to "Joe Arpaio." While Agent Rivas reviewed Subject Parcel, he observed silver grain-like material spilling out from one of the seams. Agent Rivas then screened the silver grain-like material with an infrared Spectrometer Graph Analyzer. The Analyzer found the material to be an explosive smokeless powder.

8.     Flagstaff Police Department's Explosive Ordinance Disposal (hereinafter "EOD") team were then called to support the investigation. EOD technician Brockman reviewed the Subject Parcel with a robot equipped with an x-ray. The robot obtained and developed two photos of the Subject Parcel. The photographs showed several components contained within the Subject Parcel. The components appeared to be wires, a battery, a pressure-release switch attached to the lid of the box, and a bottle that contained an unknown substance. Based on Agent Rivas' training, experience, and the investigation in this case, he believed that the Subject Parcel contained an improvised explosive device ("IED"), which may have been capable of causing serious injury or death.

9.     Due to the concern that the Subject Parcel was an operational IED, law enforcement technicians disabled the suspected device. After the suspected device was

disabled, Agent Rivas, along with other law enforcement members, recovered items contained within the Subject Parcel. Some of the items that were recovered included: clear plastic tape, 1-3/4 inch width; black and red insulated 22 gauge multi-stranded wire; Zippy brand micro switch with metal leaver; model rocket engine igniters (determined to be an Estes brand or substantially similar model rocket engine igniter); Duracell D-cell battery; aluminum foil; liquid glue/adhesive fragments; "Four Flags" Forever stamps; USPS cardboard Express Mail box fragments; Brown corrugated cardboard; black plastic bottle with smokeless powder residue; multi paper manuscript with partial label "Institute of Sacred Science.Com" bound by heavy duty staples (there were a total of seven staples recovered, including six staples consistent with a heavy duty stapler and the seventh staple appeared to be consistent with a standard-sized staple); and smokeless powder granules. All recovered items were entered into the Postal Inspection Service evidence system, and they were sent to the U.S. Postal Inspection Service Crime Laboratory for forensic analysis.

10. On April 29, 2013, the U.S. Postal Inspection Service Crime Laboratory provided an examination report for the items that were recovered from the Subject Parcel. The report stated that the black plastic bottle contained explosive smokeless powder, brand name "Hodgdon Hybrid 100V." The D-cell Duracell battery was found to contain sufficient voltage to detonate the Estes brand rocket engine igniter that was recovered from the Subject Parcel. However, based on the x-ray photo, the report writer observed

that the device lacked a bridge wire which suggested to him that the device was inoperable.

### Linking the defendant to the IED in Arizona

11. Law enforcement agents contacted William Stewart, whose name and address was listed as the return address on the Subject Parcel. Mr. Stewart denied sending the package. Mr. Stewart stated that he believed his former business partner, the defendant, was attempting to frame him, and that the defendant had attempted to frame him in the past. Mr. Stewart provided other mailings he had received directly and indirectly, which contained assertions that Mr. Stewart was engaged in some type of unlawful conduct. Some of these mailings were sent from Tulsa, Oklahoma, the closest Post office processing center to the defendant.

12. As a result of Mr. Stewart's statements, and other information, Law enforcement officials began investigating whether the defendant was responsible for the placement of the IED in the Flagstaff post office box.

13. On April 26, 2013, U.S. Postal Inspector Vasquez observed the defendant operating a grey Nissan Rogue bearing AR license plates 684 MOA in Jay, Oklahoma. It was determined that the Nissan Rogue was registered to a Rachelle Raimer, who had an address at PO Box 248, Gentry, AR  72734. Gentry, AR is approximately 25 miles away from Shrader's residence.

14. On or about August 15, 2013, Agent Rivas obtained records from an Arvest Bank account that belonged to the defendant. The bank records reflect the following

purchases by the defendant before and after the IED was placed in Flagstaff on April 11:

- April 9, 2013, Jay, Oklahoma, ATM cash withdrawal, $500
- April 9, 2013, Tulsa, Oklahoma, Quiktrip, $42.83
- **April 10, 2013, Amarillo, Texas, Flying J, $49.10**
- April 12, 2013, Joplin, Missouri, Harbor Freight, $35.51
- April 12, 2013, Joplin, Missouri, Aldi, $41.56
- April 12, 2013, Joplin, Missouri, Sam's Club, $62.66

15. Based on the bank records, law enforcement obtained video from the defendant's purchase of gas on April 10, 2013, in Amarillo, Texas. The video was taken at a Pilot/Flying J Travel Center, where the defendant purchased $49.10 of fuel on April 10, 2013 at approximately 3:14 a.m. The video depicts the defendant exiting the driver's side of the silver Nissan Rouge, bearing Arkansas plate number 684 MOA, and obtaining gas for the vehicle. This is the same vehicle that Inspector Vasquez observed the defendant driving near Jay, OK in late April 2013, and is owned by Rachelle Raimer.

16. Law enforcement obtained surveillance video from the South Entrance to the Grand Canyon National Park, in Arizona. The South Entrance is approximately 65 miles from the CBU where the IED device was placed for mailing. A review of the video shows a silver Nissan Rouge, bearing AR plate number 681 MOA, entering the park at approximately 3:03 PM on April 10, 2013. The video shows two persons in the vehicle. The passenger resembled Rachelle Raimer's profile as compared to her driver's license

photo. The driver could not be observed in the video.

17.   Law enforcement obtained a surveillance video from a device that is placed at the corner of Snowbowl Road and Highway 180. The camera is located approximately 1.2 miles from the CBU that contained the IED device. Still photographs were extracted from the video and show USPS Carrier Fauset's vehicle travel west on Snow Bowl Road, towards the post office box, at approximately 10:54 a.m. on April 11, 2013. As noted above, Carrier Fauset discovered the device at around 11:30 a.m. Agent Rivas observed photographs of a silver Nissan Rogue that is traveling east on Highway 180 at approximately 12:52 p.m. Subsequent photos show, what appears to be, the same silver Nissan Rogue traveling west on Highway 180 at approximately 1:53 p.m. Finally, at 5:33 p.m., it appears that the same silver Nissan Rogue travels east towards Flagstaff. Although the license plate of the Rogue is not visible in this video, Agent Rivas believes that the vehicle closely resembles the vehicle that was observed at the gas station in Amarillo, Texas, on April 10, 2013 at 3:14 a.m., and at the Grand Canyon on April 10, 2013 at 3:03 p.m. In addition, there appears to be only one silver Nissan Rogue that is captured on the video on that April 11.

18.   A search warrant was executed on the defendant's residence in Jay, Oklahoma, on March 6, 2014. Law enforcement officers recovered a document of an image that closely resembles the return address label on the Subject Parcel.

19.   On March 6, 2014, Agent Rivas and FBI Agent David Larson interviewed Rachelle Raimer. Raimer stated that she traveled with the defendant to Arizona in April

2013. Raimer stated that they used her vehicle a silver Nissan Rouge for the trip. Raimer stated that the defendant traveled to Arizona to mail a package. In Arizona, Raimer observed the defendant place a parcel into a Post Office Box unit wearing surgical type gloves. Raimer was shown photographs of the CBU unit and the Subject Parcel. Raimer positively identified the CBU unit as the one where the defendant placed the parcel in, and positively identified the
Subject Parcel.

20. Based on the above facts, I believe that there is probable cause to believe that the defendant Gregory Lynn Shrader violated 18 U.S.C. § 844(e) by using the mails to make a threat to injure, kill, or intimidate Joe Arpaio by means of an explosive, i.e. a device that contained explosive smokeless powder.

_____
Special Agent Stacie Kane
Federal Bureau of Investigation

Sworn to and subscribed before me this 6th day of March, 2014.

_____
Honorable David K. Duncan
United States Magistrate Judge

7