```
         FILED    ___ LODGED
    ___ RECEIVED  ___ COPY

         MAR 1 1 2014

      CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   vs.<br><br>Gregory Lynn Shrader,<br><br>        Defendant. | CR-14-0355-PHX-NVW (DKD)<br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 844(e)<br>(Willfully Making A Threat By Means Of Explosive Material)<br>Count 1<br><br>18 U.S.C. § 844(d)<br>(Transport Of Explosive Material)<br>Count 2<br><br>18 U.S.C. §§ 1716(a) and (j)(1)<br>(Mailing Injurious Article)<br>Count 3<br><br>18 U.S.C. § 982<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

**COUNT ONE**
**WILLFULLY MAKING A THREAT BY MEANS OF AN EXPLOSIVE**
**18 U.S.C. § 844(e)**

1.    On or about April 10, 2013, in the District of Arizona, the defendant GREGORY LYNN SHRADER, through the use of the mail and other instrument of interstate commerce, willfully made a threat to kill, to injure, and to intimidate J.A. by means of

fire or an explosive, in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 844(e).

### COUNT TWO
### TRANSPORT OF EXPLOSIVE MATERIAL
### 18 U.S.C. § 844(d)

2.   On or about April 10, 2013, in the District of Arizona and elsewhere, the defendant GREGORY LYNN SHRADER transported and attempted to transport in interstate commerce an explosive material, namely smokeless powder, with the knowledge and intent that the said explosive material would be used to kill, to injure and to intimidate J.A.

All in violation of Title 18, United States Code, Section 844(d).

### COUNT THREE
### MAILING INJURIOUS ARTICLES
### 18 U.S.C. §§ 1716(a) and (j)(1)

3.   On or about April 10, 2013, in the District of Arizona, the defendant GREGORY LYNN SHRADER, knowingly did deposit for mailing in any post office and authorized depository for mail matter, a package addressed to J.A. in Arizona and containing nonmailable explosive material, namely smokeless powder.

All in violation of Title 18, United States Code, Sections 1716(a) and (j)(1).

### FORFEITURE ALLEGATIONS

4.   The allegations contained in Counts 1 - 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18,

United States Code, Sections 982(a)(2)(B).

5.  Upon conviction of the offenses in violation of Title 18, United States Code, Section 844 set forth in Counts 1 - 2 of this Indictment, the defendant GREGORY LYNN SHRADER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violations. The property to be forfeited includes, but is not limited to, the following: smokeless powder.

6.  If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant

to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to 18 U.S.C. §§ 844(c) and 982(a)(2)(B), and 28 U.S.C. § 2461(c).

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: March 11, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

_____
RAYMOND K. WOO
PAUL STEARNS
Assistant U.S. Attorneys