**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Gregory Lynn Shrader,<br><br>                    Defendant. | No. CR-14-00355-001-PHX-NVW<br><br>**ORDER** |

      Before the Court is Defendant's Motion to Dismiss Counsel (Doc. 122). Defendant claims that because his counsel ("Counsel") was recovering from cancer treatment at the time, he was not properly prepared for trial and committed a number of errors that resulted in Defendant's conviction. In addition, Defendant asserts that Counsel is unfit to represent him at sentencing because Counsel has confessed his unfamiliarity with the Federal Sentencing Guidelines. Defendant therefore asks this Court to dismiss Counsel.

      As Defendant acknowledges in his Motion, the Court conducted a hearing before trial to determine whether health concerns would interfere with Counsel's ability to represent Defendant. Both Counsel and Defendant assured the Court at that time that they believed Counsel could proceed to trial. After examining the issue thoroughly, the Court agreed. Moreover, Counsel capably represented Defendant at trial. Notwithstanding Defendant's ex post disagreement with several tactical trial decisions, Counsel's performance was more than adequate.

1 Counsel was privately retained. To the extent Defendant has concerns about
2 Counsel's ability to represent him at future stages of this case, including sentencing,
3 Defendant is free to obtain substitute counsel who is willing to appear and will meet the
4 matters scheduled.

5     IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss Counsel
6 (Doc. 122) is denied without prejudice to any substitution of counsel that may be
7 submitted in the future, and without prejudice to a motion to withdraw submitted by
8 Counsel if he determines he is not capable of continuing to represent Defendant.

9     Dated this 7th day of October, 2014.

_____
Neil V. Wake
United States District Judge